# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MORGAN C. HUNTLEY<br><br>Plaintiff,<br><br>v.<br><br>VBIT TECHNOLOGIES CORP., VBIT MINING LLC, ADVANCED MINING GROUP, DANH CONG VO a/d/a/ DON VO, KATIE VO, SEAN TU, JIN GAO, LILLIAN ZHAO, JOHN DOE INDIVIDUALS 1-10, and ABC COMPANIES 1-10,<br><br>Defendants. | Case No. 1:22-cv-01164-CFC |

## DEFENDANTS VBIT TECHNOLOGIES CORP. AND VBIT MINING LLC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and the Court's Standing Order, counsel for Defendants VBit Technologies Corp. and VBit Mining LLC states as follows:

VBit Technologies Corp.'s (doing business as "Advanced Mining") parent company is Advanced Mining Group.  No public corporation owns 10% or more of VBit Technologies Corp.'s stock.

VBit Mining LLC's parent company is VBit Technologies Corp.  No public corporation owns 10% or more of VBit Mining LLC's stock.

1

Dated: September 27, 2022

| | |
|---|---|
| Milena Dolukhanyan<br>GARTENBERG GELFAND<br>DOLUKHANYAN LLP<br>15303 Ventura Blvd., Suite 900<br>Sherman Oaks, CA  91403<br>(213) 542-2107<br>mdolukhanyan@gghslaw.com | */s/ Ronald P. Golden III*<br>Brett M. McCartney (#5208)<br>Elizabeth A. Powers (#5522)<br>Ronald P. Golden III (#6254)<br>BAYARD, P.A.<br>600 North King Street, Suite 400<br>Wilmington, Delaware 19801<br>(302) 655-5000<br>bmccartney@bayardlaw.com<br>epowers@ bayardlaw.com<br>rgolden@bayardlaw.com<br><br>*Counsel for Defendants* |