# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MORGAN C. HUNTLEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VBIT TECHNOLOGIES CORP., *et al.*,<br><br>　　　　　Defendants. | C.A. No. 1:22-cv-01164-CFC-SRF |

## ORDER GRANTING MOTION FOR LEAVE TO AMEND COMPLAINT

IT IS HEREBY ORDERED this _____ day of _____, 2012 that Plaintiff Morgan C. Huntley's *Motion for Leave to File Amended Complaint* is GRANTED.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　The Honorable Sherry R. Fallon