## CERTIFICATE OF SERVICE

      I hereby certify that on March 6, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

<i>/s/ Sally E. Veghte</i><br>
Sally E. Veghte (Bar No. 4762)