# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MORGAN C. HUNTLEY<br><br>Plaintiff,<br><br>v.<br><br>VBIT TECHNOLOGIES CORP., VBIT MINING LLC, ADVANCED MINING GROUP, DANH CONG VO a/d/a/ DON VO, KATIE VO, SEAN TU, JIN GAO, LILLIAN ZHAO, JOHN DOE INDIVIDUALS 1-10, and ABC COMPANIES 1-10,<br><br>Defendants. | Case No. 1:22-cv-01164-CFC-SRF |

## RENEWED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Movant, Bayard P.A. hereby files the following Renewed Motion for Leave to Withdraw as Counsel for Defendant Danh Cong Vo (the "Motion). This Motion is brought pursuant to Rule 83.7 of the Local Rules of the United States District Court for the District of Delaware, and Rule 1.16(b) of the Delaware Lawyers' Rule of Professional Conduct.

In support of this Motion, the undersigned submit an Opening Brief and Declaration.

Based on a showing of good cause, Movant respectfully requests this Honorable Court grant the Motion and permit leave to withdraw as counsel.

1

Respectfully submitted,

*/s/ Ronald P. Golden III*
Brett M. McCartney (#5208)
Elizabeth A. Powers (#5522)
Ronald P. Golden III (#6254)
BAYARD, P.A.
600 North King Street, Suite 400
Wilmington, Delaware 19801
(302) 655-5000
bmccartney@bayardlaw.com
epowers@bayardlaw.com
rgolden@bayardlaw.com

*Counsel*

Dated: June 28, 2023

## District of Delaware Local Rule 7.1 Statement

I hereby certify that a reasonable effort was made to reach agreement with Plaintiff's counsel regarding the attached Renewed Motion for Leave to Withdraw as Counsel (the "Motion"), and counsel for Plaintiffs do no oppose the Motion.

Dated: June 28, 2023

                                                                     */s/ Ronald P. Golden III*
                                                                       Ronald P. Golden III (No. 6254)

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Renewed Motion for Leave to Withdraw as Counsel, Opening Brief in support, and Declaration thereto were served on the following on June 28, 2023:

Sally Elaine Veghte
Klehr, Harrison, Harvey, Branzburg & Ellers
919 Market Street, Suite 1000
Wilmington, DE 19801

Travis Steven Hunter
Griffin Schoenbaum
RICHARDS, LAYTON & FINGER
920 North King Street
Wilmington, DE 19801

Danh Cong Vo
919 N. Front Street, Unit F
Philadelphia, PA 19123
Electronic Mail: kennyu77@gmail.com

Mr. Sean Tu
1390 Braun Court
Eagan MN 55123
Telephone: (612) 888-0068
Electronic Mail: Saj.tu@outlook.com

VBit Technologies Corp.
1625 Washington Ave.
Philadelphia, PA 19146

VBit Technologies Corp.
c/o LegalInc Corporate Services, Inc.
651 N. Broad Street, suite 201,
Middletown, DE 19709

4

        Lillian Zhou
l.zhou@vbittech.com

VBit Mining LLC
1625 Washington Ave.
Philadelphia, PA 19146

VBit Mining LLC
c/o LegalInc Corporate Services, Inc.
651 N. Broad Street, suite 201,
Middletown, DE 19709

Lillian Zhou
l.zhou@vbittech.com


        */s/ Ronald P. Golden III*
        Ronald P. Golden III (No. 6254)