# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MORGAN C. HUNTLEY<br><br>Plaintiff,<br><br>v.<br><br>VBIT TECHNOLOGIES CORP., VBIT MINING LLC, ADVANCED MINING GROUP, DANH CONG VO a/d/a/ DON VO, KATIE VO, SEAN TU, JIN GAO, LILLIAN ZHAO, JOHN DOE INDIVIDUALS 1-10, and ABC COMPANIES 1-10,<br><br>Defendants. | Case No. 1:22-cv-01164-CFC-SRF |

## [PROPOSED] ORDER

The Court having considered counsel for Defendant Danh Cong Vo's Renewed Motion for Leave to Withdraw as Counsel (the "Motion"), IT IS HEREBY ORDERED:

Counsel for Defendant Danh Cong Vo's Motion is GRANTED.

Dated:

_____
UNITED STATES MAGISTRATE JUDGE