IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MORGAN C. HUNTLEY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 22-1164-CFC/SRF |
| | ) | |
| VBIT TECHNOLOGIES CORP., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

At Wilmington this 12th day of September 2023, having considered the Report and Recommendation by United States Magistrate Judge Sherry R. Fallon on August 10, 2023, and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections having been filed;

IT IS ORDERED that:

1. Magistrate Fallon's Report and Recommendation (D.I. 112) is ADOPTED.

2. Plaintiffs' motion for a temporary restraining order and preliminary injunction (D.I. 82) is DENIED.

_____
Chief Judge