IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MORGAN C. HUNTLEY, et al., | ) |
| Plaintiffs, | ) |
| v. | ) C. A. No. 22-1164-JLH-SRF |
| VBIT TECHNOLOGIES CORP., et al., | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 30th day of August, 2024.

WHEREAS, on May 21, 2024, Magistrate Judge Fallon issued an Oral Report and Recommendation (D.I. 123) in this action, which recommended that the Court deny Plaintiffs' Renewed Motion for Default Judgment (D.I. 120) without prejudice to renew; and

WHEREAS, no party filed objections to the Report and Recommendation pursuant to 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record,

THEREFORE, IT IS HEREBY ORDERED that Plaintiffs' Renewed Motion for Default Judgment (D.I. 120) is DENIED without prejudice to renew.

_____
Honorable Jennifer L. Hall
United States District Judge